**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cv-07192-SVW(ASx) |
| Plaintiff, | **[PROPOSED] CONSENT JUDGMENT OF FORFEITURE** |
| v. | |
| $1,500,090.00 IN U.S. CURRENCY, | |
| Defendant. | |

    Pursuant to the stipulation and request between Plaintiff United States of America, on the one hand, and Michael Poliak and Gabrielle Poliak (collectively, "the Potentially Interested Parties"), on the other hand, the Court hereby enters this Consent Judgment of Forfeiture containing the terms set forth below:

    Plaintiff United States of America ("the United States of America") has filed a Complaint for Forfeiture alleging that the defendant $1,500,090.00 (the "defendant currency") is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) & (C), 21 U.S.C. § 881(a)(6) and 31 U.S.C. § 5317(c)(2).

1       The Potentially Interested Parties have not filed a claim
2  to the defendant currency, but would have done so if a
3  settlement had not been reached in this matter as reflected in
4  this Consent Judgment of Forfeiture.
5       No other parties have filed a claim to the defendant
6  currency or an answer to the Complaint for Forfeiture and the
7  time for filing claims and answers has expired.
8       The government and the Potentially Interested Parties have
9  now agreed to settle this action and to avoid further litigation
10 by entering into this Consent Judgment of Forfeiture.
11      The Court, having been duly advised of and having
12 considered the matter, and based upon the mutual consent of the
13 parties hereto,
14      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:
15      1.   This Court has jurisdiction over the subject matter of
16 this action and the parties to this Consent Judgment of
17 Forfeiture.
18      2.   The Complaint for Forfeiture states a claim for relief
19 pursuant to 18 U.S.C. § 981(a)(1)(A) & (C), 21 U.S.C.
20 § 881(a)(6) and 31 U.S.C. § 5317(c)(2).
21      3.   Notice of this action has been given as required by
22 law.  No appearances have been made in the litigation by any
23 person other than the Potentially Interested Parties.  The Court
24 deems that all other potential claimants admit the allegations
25 of the Complaint for Forfeiture to be true.  The Potentially
26 Interested Parties are relieved of the obligation of filing a
27 claim to the defendant currency and an answer to the Complaint
28 for Forfeiture.

4. The United States of America shall have judgment as to the interests of the Potentially Interested Parties and all other potential claimants to the defendant currency, which is hereby condemned and forfeited to the United States of America. The United States of America shall dispose of the defendant currency in accordance with law.

5. The Potentially Interested Parties, and each of them, hereby release the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Federal Bureau of Investigation, the United States Postal Service and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter (collectively, the "government agencies"), from any and all claims (including, without limitation any petitions for remission, which the Potentially Interested Parties, and each of them hereby withdraw, and any and all claims as to any currency, coins, silver bars, gold bars or any other property seized by the government agencies, or any of them, on or about March 22, 2021 during the execution of one or more search and seizure warrants at U.S. Private Vaults, Inc.), actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs and interest, which may be asserted by or on behalf of the Potentially Interested Parties, or either of them, whether pursuant to statute or otherwise.

6. The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings.

7. The parties hereto shall bear their own attorney fees and costs.

8. The United States of America and the Potentially Interested Parties consent to this judgment and waive any right to appeal.

Dated: December 15, 2021

THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Presented By:

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United states Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/ Victor A. Rodgers
VICTOR A. RODGERS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, California 90012.

On **December 6, 2021,** I served a copy of: **[PROPOSED] CONSENT JUDGMENT OF FORFEITURE** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO:  Mark J. Werksman, Esq.
    Werksman Jackson & Quinn, LLP
    888 West Sixth Street, 4th Floor
    Los Angeles, California 90017**

**Attorneys for Potentially Interested Parties
Michael Poliak and
Gabrielle Poliak**

☑ I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this Court, at whose direction the service was made, and that the foregoing is true and correct.

Executed on **December 6, 2021,** at Los Angeles, California.

                            /s/*Paul J. Read*
                            PAUL J. READ
                            Paralegal, FSA